
FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 3:48 pm, Dec 28, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DAVID BRONER, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-111 |
| v. | * | |
| TYRELL TODMAN; CERT OFFICER TAYLOR; and JEFF COLEMAN, in their individual and official capacities, | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's official capacity claims for monetary damages against all Defendants, deprivation of property claims against Defendants Todman and Taylor, and Plaintiff's Eighth Amendment claims against Defendant Coleman. Plaintiff's

procedural due process claim against Defendant Coleman remains pending. Dkt. No. 9.

**SO ORDERED**, this ___28___ day of ___December___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA